**FILED**

FEB 1 2 2013

Clerk, U.S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | | |
|---|---|---|
| YOUNG YIL JO, | ) | CV 13-18-M-DLC-JCL |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| SIX UNKNOWN NAMES AGENTS or MR. PRESIDENT OF THE UNITED STATES BARACK OBAMA, | ) | |
| Defendants. | ) | |

Before the Court are the Findings and Recommendation of United States Magistrate Judge Jeremiah C. Lynch. As explained by Judge Lynch, Plaintiff Young Yil Jo has far exceeded the three "strikes" allowed by the Prison Litigation Reform Act to a prisoner attempting to proceed in forma pauperis in a federal civil lawsuit, and thus he cannot proceed unless he demonstrates he is in "imminent danger of serious physical injury" pursuant to 28 U.S.C. § 1915(g). His Complaint does not support such a finding.

Accordingly, IT IS ORDERED that Judge Lynch's Findings and

Recommendation (doc. 2) are ADOPTED in full.

IT IS FURTHER ORDERED that Yil Jo shall not be allowed to proceed in forma pauperis.

The Clerk of Court is directed to close the case and enter judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Dated this 12th day of February 2013.

Dana L. Christensen, District Judge
United States District Court